IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TAMMY CHURCHWELL**                                                                 **PLAINTIFF**

VS.                           No.  3:21-cv-00028 PSH

**KILOLO KIJAKAZI,**[1] **Acting Commissioner,**
   **Social Security Administration**                                       **DEFENDANT**

ORDER

The plaintiff's unopposed motion for additional time in which to file her brief (docket entry no. 12) is granted, and she is directed to submit her brief on or before August 30, 2021.

IT IS SO ORDERED this 25th day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021, and is the proper defendant.  Fed. R. Civ. P. 25(d).