# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TAMMY CHURCHWELL**                                                       **PLAINTIFF**

**VS.**                          **CASE NO. 3:21CV00028 PSH**

**KILOLO KIJAKAZI,**
**Acting Commissioner, Social**
**Security Administration**                                                **DEFENDANT**

## ORDER

Defendant Kilolo Kijakazi ("Kijakazi"), in her unopposed motion to reverse and remand (docket entry no. 16) requests this case be reversed and remanded for further administrative proceedings. For good cause, the unopposed motion to reverse and remand is granted. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 18th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE