# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TAMMY CHURCHWELL**                                                                     **PLAINTIFF**

**VS.**               **CASE NO. 3:21CV00028 PSH**

**KILOLO KIJAKAZI,**
**Acting Commissioner, Social**
**Security Administration**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 18th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE