IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TAMMY CHURCHWELL**                                           **PLAINTIFF**

VS.                        No. 3:21-cv-00028 PSH

**KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION**                                    **DEFENDANT**

**ORDER**

Now before the Court is the plaintiff Tammy Churchwell's ("Churchwell") motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Defendant Kilolo Kijakazi ("Kijakazi") does not oppose the motion.

The motion is granted, and the EAJA award in the amount of $3,160.07 ($3,140.00 in fees and $20.07 in expenses) is approved. The Court finds nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Churchwell and not her attorney, as set forth in *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to Churchwell, in care of her attorney, Stephanie Bartels Wallace, and shall mail the check to Ms. Wallace at her Jonesboro, Arkansas,

address.

    IT IS SO ORDERED this 6th day of January, 2022.

                                      _____
                                      UNITED STATES MAGISTRATE JUDGE